# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3406
_____

ELLIOT M. DUGGAR,

Appellant,

v.

CAROL SUE DUGGAR, n/k/a
CAROL SUZANNE DREGGORS,

Appellee.

_____

On appeal from the Circuit Court for Liberty County.
Francis J. Allman, Judge.

August 27, 2019

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sherry D. Walker of Sherry D. Walker, PA, Monticello and David Jackson Summers, Bristol, for Appellant.

Scott W. Smiley and Mallory R. Bennett of Thompson, Crawford, & Smiley, Tallahassee, for Appellee.